**Gaither E. NICHOLS, Appellant,**

v.

**JEFFERSON COUNTY JAIL; Jefferson County Sheriffs Department, Defendants,**

**Stephen D. Crawford, Dr., Appellee,**

**Linda Unknown, NURSE; Unknown Holman, Sgt.; Unknown Stevens, Lt.; Unknown Young, Cpl.; Unknown Mercer, Cpl.; Unknown Lockwood, Cpl.; Unknown Gunnett, Defendants.**

No. 01–2005.

1. The Honorable Rodney W. Sippel, United States District Judge for the Eastern District

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 7, 2001.

Decided Dec. 14, 2001.

Before BOWMAN, BRIGHT, and LOKEN, Circuit Judges.

PER CURIAM.

Gaither Eugene Nichols, a former pretrial detainee, appeals the district court's [1]

of Missouri.

adverse grant of summary judgment in his 42 U.S.C. § 1983 action against jail doctor Stephen D. Crawford. In his second amended complaint, Nichols claimed that during his April to September 1998 detention, Crawford violated his constitutional rights by not adequately responding to Nichols's repeated complaints of shoulder pain. After de novo review of the record, *see Christopher v. Adam's Mark Hotels*, 137 F.3d 1069, 1071 (8th Cir.), *cert. denied*, 525 U.S. 821, 119 S.Ct. 62, 142 L.Ed.2d 49 (1998), we agree with the district court that Crawford's conservative course of treatment did not demonstrate deliberate indifference to Nichols's serious medical need, *see Bellecourt v. United States*, 994 F.2d 427, 431 (8th Cir.1993), *cert. denied*, 510 U.S. 1109, 114 S.Ct. 1049, 127 L.Ed.2d 371 (1994); *Davis v. Hall*, 992 F.2d 151, 153 (8th Cir.1993) (per curiam).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

A true copy.

Accordingly, we affirm. *See* 8th Cir. R. 47B.

A true copy.

